Hand-Delivered

FILED
Statesville, NC

FEB 2 0 2024

Clerk, US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RONALD JONES,<br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST,<br>　　　　Defendants | ) <br> ) <br> ) CIVIL CASE No.: 5:23-cv-00203 <br> ) HON. KENNETH D. BELL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

Comes now and hereby requests the Clerk or Court to enter a default Judgment against the defendant, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST in favor of Ronald Jones, Plaintiff, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(b)(1) of the Federal Rules of Civil Procedure, and the clerk entered the Default on _____. Plaintiffs rely upon the record in this case, THE VERIFIED COMPLAINT, EXHIBITS IN SUPPORT OF THE VERIFIED COMPLAINT, and the affidavit submitted herein.

　　　　Respectfully submitted.

　　　　Dated: 2/20/3024
　　　　*Ronald Jones*
　　　　RONALD JONES,
　　　　172 WINTER FLAKE DRIVE,
　　　　STATESVILLE, NORTH CAROLINA 28677
　　　　(980) 636-2877 rajoyner@hotmail.com

1 | P a g e

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on the Defendant by US Mail, Postage Prepaid, First Class, on the date set forth below.

    Company Name:    BUNGALOW SERIES IV TRUST
    Entity Type:    DELAWARE STATUTORY TRUST
    File Number:    7899968
    Filing State:    Delaware (DE)
    Filing Status:    Active
    Filing Date:    March 13, 2020
    Company Age:    3 Years, 7 Months
    Registered Agent:  U.S. Bank Trust National Association
    1011 Centre Road Suite 203
    Wilmington, DE 19805
    Governing Agency:    Delaware Secretary of State
    Respectfully submitted.

Dated: _____

_____
RONALD JONES,
172 WINTER FLAKE DRIVE,
STATESVILLE, NORTH CAROLINA 28677
(980) 636-2877 rajoyner@hotmail.com