Hand-Delivered

FILED
Statesville, NC

MAR 27 2024

Clerk, US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RONALD JONES, <br> Plaintiffs, <br> <br> v. <br> <br> U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST, <br> Defendants | CIVIL CASE No.: 5:23-cv-00203 <br> HON. KENNETH D. BELL |

## PLAINTIFF'S RENEWED

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Comes now and hereby requests the Clerk or Court to enter a default Judgment against the defendant, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST in favor of Ronald Jones, Plaintiff, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(b)(1) of the Federal Rules of Civil Procedure, and the clerk entered the Default on February 21st, 2024.

Defendant filed a motion for an order to set aside and vacate the judgment. The court denied the motion on the basis that the Defendant failed to show good cause for setting aside the Clerk's entry of Default. Now, another 20 days have passed and the Defendant still has failed to seek any further relief. The Plaintiff is prejudiced daily by the continued slander to his title and harm alleged in the complaint. The court should delay no further and enter the default judgment as prayed.

Plaintiffs rely upon the record in this case, THE VERIFIED COMPLAINT, EXHIBITS IN

1 | Page

SUPPORT OF THE VERIFIED COMPLAINT, and the affidavit submitted herein.

Respectfully submitted,

Dated: 27

RONALD JONES,
172 WINTER FLAKE DRIVE,
STATESVILLE, NORTH CAROLINA 28677
(980) 636-2877 rajoyner@hotmail.com

## CERTIFICATE OF SERVICE

On the Date Set Forth below, Renewed Motion for Entry of Final Default Judgment and Copies of the final judgment have been served on the date set forth below:

RONALD JONES,
172 WINTER FLAKE DRIVE,
STATESVILLE, NORTH CAROLINA 28677
(980) 636-2877 rajoyner@hotmail.com

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST
c/o MATHEW T. MCKEE
MCMICHAEL TAYLOR GRAY, LLC
3550 ENGINEERING DRIVE
SUITE 260
PEACHTREE CORNERS, GA 30092

Dated: _____

12 | Page