# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Ronald Jones, <br><br> Plaintiff <br><br> vs. <br><br> National Association <br> U.S. Bank Trust Company <br> U.S. Bank Trust Company, National Association, <br><br> Defendant. | JUDGMENT IN CASE <br><br> 5:23-cv-00203-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 11, 2025 Order.

Signed: February 11, 2025

Katherine Hord Simon, Clerk
United States District Court